THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Charleston County
 Department of Social Services, Respondent,
v.
Sybil P. and Maurice P., Appellants.
In the interest of two minor children under the age of
 18.
 
 
 

Appeal From Charleston County
 Paul W. Garfinkel, Family Court Judge

Unpublished Opinion No. 2011-UP-419
Submitted September 1, 2011  Filed September 9, 2011  

AFFIRMED

 
 
 
Edward
 Kronsberg, of Greer, for Appellant Sybil P.
C. Mac
 Gibson, Jr., of Charleston, for Appellant Maurice P.
Emily
 G. Johnston, of Mount Pleasant, for Guardian ad Litem.
Bonnie
 T. Brisbane, of North Charleston, for Respondent. 
 
 
 

PER
 CURIAM: Sybil P. and Maurice P. appeal the family court's
 final order terminating their parental rights to two of their minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record and
 the family court's findings of facts and conclusions of law, pursuant to Ex
 Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious
 issues warrant briefing.  Accordingly, we affirm the family court's ruling.
AFFIRMED.[1]
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.                                     

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.